*E-FILED 11-30-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK S. BURKES, | No. C11-04952 HRL |
| Plaintiff, | **ORDER DENYING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE** |
| v. | |
| COUNTY OF MONTEREY, | [Re: Docket No. 11] |
| Defendant. | |

Defendant's request for leave to appear by telephone at the December 6, 2011 initial case management conference is denied. Counsel most knowledgeable about the issues raised in the parties' Joint Case Management Statement shall attend the conference in person.

SO ORDERED.

Dated: November 30, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-04952-HRL Notice has been electronically mailed to:

2  Dennis Gary McCarthy     DMcCarthy@FentonKeller.com

3  Gary Ernest Gray     ggray@ggraylaw.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.