*E-FILED 12-02-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK S. BURKES, | No. C11-04952 HRL |
| Plaintiff, | **ORDER DENYING PARTIES' REQUESTS FOR TELEPHONIC APPEARANCE** |
| v. | |
| COUNTY OF MONTEREY, | [Re: Docket Nos. 17, 18] |
| Defendant. | |

The court previously denied defendant's request for leave to appear by phone at the December 6, 2011 initial case management conference. Defendant has filed a renewed request for telephonic appearance; and, plaintiff also now requests leave to appear by phone at the conference.

The parties' Joint Case Management Statement indicates that they dispute several basic procedural matters, which the court hopes may be resolved (or at least narrowed) through focused discussion at the conference. Accordingly, both parties' requests for telephonic appearance are denied. Counsel most knowledgeable about the issues raised in the parties' Joint Case Management Statement shall attend the conference in person.

SO ORDERED.

Dated: December 2, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-04952-HRL Notice has been electronically mailed to:

2  Dennis Gary McCarthy    DMcCarthy@FentonKeller.com

3  Gary Ernest Gray    ggray@ggraylaw.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.